# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                              **CRIMINAL ACTION NUMBER: 3:11CR-82-03-H**

**MICHAEL JOHNSTON**                                                                          **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge and was called in open Court on August 5, 2011 for an initial appearance.

### APPEARANCES

| | |
|---|---|
| For the United States: | Laura L. Hall, Assistant United States Attorney |
| For the Defendant: | Defendant, Michael Johnston - Present and in custody |
| Court Reporter: | Dena Legg |

At the initial appearance the defendant acknowledged his identity, was furnished with a copy of the indictment and advised of the charges therein and was advised of his rights.  The Court questioned the defendant under oath regarding his ability to afford counsel.  The Court found the defendant eligible for appointment.  The Court will appoint Patrick Renn, from the Criminal Justice Attorney panel.

Upon motion of the United States to detain,

**IT IS HEREBY ORDERED** that this case is scheduled for **arraignment and detention hearing on August 8, 2011 at 1:30 p.m.**  before James D. Moyer, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant be **remanded** to the custody of the U.S. Marshal. This 5th day of August, 2011

**ENTERED BY ORDER OF THE COURT:**
**DAVE WHALIN**
**UNITED STATES MAGISTRATE JUDGE**
**VANESSA L. ARMSTRONG, CLERK**
**BY: /s/ Trish Carter**
**Trish Carter - Deputy Clerk**

Copies: U.S. Attorney
U.S. Probation
U.S. Marshal
Counsel for Defendant

0|10