AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Western District of Kentucky

FILED
VANESSA L. ARMSTRONG
AUG 08 2011
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| United States of America | ) | |
|---|---|---|
| Plaintiff | ) | |
| Michael Johnston | ) | Case No. 3:11CR-82-H |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael Johnston

Date: 8/8/2011

_____
Attorney's signature

Patrick J. Renn 83577
Printed name and bar number

600 West Main St Ste 100
Louisville KY 40202
Address

prenn@600westmain.com
E-mail address

502 540 5700
Telephone number

502 568 3600
FAX number