Local PROB 12Z
(Rev. 2/2007)

# United States District Court

for

## WESTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA

vs.   Docket Number: 0644 3:11CR00082-3-CRS

Michael Johnston
256 Landis Lane
#7
Mt. Washington, Kentucky 40047

### Petition for Modification on Probation and Supervised Release

Comes now Todd P. Mousty, Probation Officer of the Court, presenting an official report upon the conduct of Michael Johnston, who was placed on supervision by the Honorable John G. Heyburn II, Senior Judge, United States District Court, sitting in the Court at the Western District of Kentucky, Louisville Division, on November 4, 2013, who fixed the period of supervision at 3 years probation, and imposed the general terms and conditions theretofore adopted by the court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 4, 2013, Mr. Johnston's three-year term of supervised probation commenced.

On April 29, 2015, Mr. Johnston's case was reassigned to The Honorable Charles R. Simpson III.

In that on July 21, 2015, Mr. Johnston tested positive for marijuana and signed an admission report acknowledging responsibility for use of marijuana on or about July 17, 2015.

In that, on May 4, 2016, Mr. Johnston tested positive for marijuana and methamphetamine and signed an admission report acknowledging responsibility for his use of marijuana on or about April 23, 2016 and use of methamphetamine on or about April 27, 2016.

Mr. Johnston executed the Waiver of Hearing to Modify Conditions of Probation of May 6, 2016.

PRAYING THAT THE COURT WILL ORDER as a special condition of probation:

14) The defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency, which will include testing for the detection of substance use or abuse. The defendant shall contribute to the Probation Office's cost of services rendered based upon his ability to pay as reflected in his monthly cash flow as it relates to the court-approved sliding fee scale.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| It is ordered that a modification be issued and made a part of the records in the above case. | Executed by: |
| Charles R. Simpson III<br>Senior Judge, U.S. District Court | Todd P. Mousty<br>U.S. Probation Officer |
| | Place: Louisville, Kentucky |
| DATE: 5-9-2016 | DATE: May 6, 2016 |

cc:   U.S. Magistrate, U.S. Marshal, U.S. Attorney, U.S. Probation Officer

Prob 49
(3/89)

# United States District Court

Western District of Kentucky

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

14) The defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency, which will include testing for the detection of substance use or abuse. The defendant shall contribute to the Probation Office's cost of services rendered based upon his/her ability to pay as reflected in his/her monthly cash flow as it relates to the court-approved sliding fee scale.

Witness _____     Signed _____
Todd P. Mousty                          Michael Johnston
(U.S. Probation Officer)                (Probationer or Supervised Releasee)

_____
5/6/16
(Date)

ADDRESS:

U.S. Probation Office
400 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY  40202-2277
(502) 681-1000